**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **KEITH HERMAN**, on behalf of himself and those similarly situated, | * | Case No. 3:22-cv-01476-JJH |
| | * | |
| Plaintiff, | | Judge Jeffrey J. Helmick |
| v. | * | |
| **METALTEK INTERNATIONAL, INC.**, | * | |
| | * | |
| Defendant. | | |
| | * | |

**JOINT MOTION FOR FINAL APPROVAL OF A CLASS ACTION AND COLLECTIVE ACTION SETTLEMENT**

Named Plaintiff Keith Herman ("Herman," "Named Plaintiff," or "Representative Plaintiff"), on behalf of himself and those similarly situated, and Defendant MetalTek International, Inc. ("Defendant"), by and through undersigned counsel, hereby jointly move this Court for entry of final judgment approving the Parties' Class Action Settlement Agreement ("Agreement" or "Settlement") pursuant to Fed. R. Civ. P. 23. The Parties further request that the fairness hearing scheduled for Wednesday, October 19, 2023 at 10:00 am be held telephonically or by video conferencing since there are no objections to the Settlement.

On May 12, 2023, the Parties filed their Joint Motion for Preliminary Approval of Class and Collective Action Settlement and Certification of Rule 23 Class Action ("Joint Motion for Preliminary Approval"). (ECF No. 10) On June 20, 2023, this Court entered an Order granting provisional certification of the Rule 23 class, granting preliminary approval of the Settlement, and authorizing notice to the provisionally certified class members. (ECF No. 11 ("Preliminary

Approval Order")) On or about July 5, 2023, Analytics Consulting, LLC ("Settlement Administrator" or "Claims Administrator") received files from Defendant containing fifty-seven (57) records of names and mailing addresses ("Class List") belonging to Settlement Class Members. (*See* Declaration of Johanna Olson, ¶ 5 (hereinafter "Claims Administrator Decl.") Analytics then cross-referenced the Settlement Class Member addresses with the United Postal Service National Change of Address database and the Class List was updated with any new addresses that were identified from the database. (*Id*., ¶ 6) On July 24, 2023 the Claims Administrator commenced the issuance of Notice in accordance with the terms of the Settlement and the Court's Order preliminarily approving the Settlement. (*Id*., ¶¶ 7-9) The Court-approved Notice (attached hereto as Exhibit 1 to the Claims Administrator's Decl.) was sent to fifty-seven (57) Settlement Class Members by first-class U.S. mail. (*Id*.) Twenty-nine (29) Notices were returned to the Claims Administrator by the U.S. Postal Service, so the Claims Administrator conducted a skip-trace in an attempt to ascertain a valid address for the affected Settlement Class Members. (*Id*.) As a result of those efforts, all 29 addresses were confirmed as the current mailing address and the Claims Administrator subsequently re-mailed the Notice to each of those addresses. (*Id*.) None were returned as undeliverable. (*Id*.) In other words, 100% of the certified Class Members received Notice. Under the Court-approved Notice, the Opt-Out Forms and written objections to the Settlement had to be received or post-marked on or before September 22, 2023. (*Id*., ¶ 10) The Claims administrator received one (1) request for exclusion and zero objections. (*Id*., ¶ 10-11)

The notice process has been completed pursuant to the Parties' Settlement as approved by the Court's Order. (*See* Preliminary Approval Order, ECF No. 11, PageID # 122) To summarize, out of the 57 provisionally certified Class Members who received Notice, fifty-six (56) (equivalent

to 98% of the Settlement Class) will be included in the Settlement.

As explained in the Joint Motion for Preliminary Approval, the Settlement resolves bona fide disputes involving violations of the Fair Labor Standards Act and Ohio's wage and hour laws. (ECF No. 10, PageID # 45) The Settlement distributions are fair, reasonable, and more than adequate. (*Id.* at PageID # 46, 48 and 59-64). This is underscored by the fact that no objections to the Settlement were raised during the notice process and 98% of the individuals who received Notice will be included in the Settlement.

Therefore, the Parties respectfully request that this Court enter an Order granting final certification of the class and collective action, and final approval of the Settlement.[1]

Respectfully submitted,

| **COFFMAN LEGAL, LLC** | **FOLEY & LARDNER LLP** |
|---|---|
| */s/ Matthew J.P. Coffman* | */s/ Felicia S. O'Connor (per email authorization 10/10/23)* |
| Matthew J.P. Coffman (0085586) | Felicia S. O'Connor*[2] |
| Kelsie N. Hendren (100041) | Katelynn Williams (phv anticipated) |
| 1550 Old Henderson Rd. | 500 Woodward Avenue, Suite 2700 |
| Suite #126 | Detroit, MI 48226-3489 |
| Columbus, Ohio 43220 | 313.234.7100 (Telephone) |
| Telephone: (614) 949-1181 | 313.234.2800 (Facsimile) |
| Facsimile: (614) 386-9964 | foconnor@foley.com |
| Email: mcoffman@mcoffmanlegal.com | kmwilliams@foley.com |
| khendren@mcoffmanlegal.com | |
| **BRYANT LEGAL, LLC** | **RENDIGS, FRY, KIELY & DENNIS, LLP** |
| */s/ Daniel I. Bryant* | James Englert (0051217) |
| Daniel I. Bryant (0090859) | Brian Goldwasser (0061926) |
| 1550 Old Henderson Road, Suite 126 | Rendigs, Fry, Kiely & Dennis, LLP |
| Columbus, Ohio 43220 | 600 Vine Street, Suite 2650 |
| Phone: (614) 704-0546 | Cincinnati, Ohio 45202 |
| Facsimile: (614) 573-9826 | Email: BGoldwasser@Rendigs.com |

---

[1] The Parties intend to submit a proposed Order on or before October 13, 2022 – 6 days prior to the fairness hearing on October 19, 2023.
[2] Admitted Pro Hac Vice on May 8, 2023.

Email: dbryant@bryantlegalllc.com

Matthew B. Bryant (0085991)
3450 W Central Ave., Suite 370
Toledo, Ohio 43606
Telephone: (419) 824-4439
Facsimile: (419) 932-6719
Email: Mbryant@bryantlegalllc.com

Tel: 513 381 9270
Fax: 513 381 9206

*Attorneys for Defendant*

*Class Counsel for Representative Plaintiff
and the Rule 23 Class*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 10th day of October, 2023, a true and accurate copy of the foregoing was electronically filed with the United States District Court for the Southern District of Ohio through the Court's CM/ECF system, and that such system will send electronic notice of the filing to all counsel of record.

    /s/*Daniel I. Bryant*
    Daniel I. Bryant (0090859)

    *Class Counsel for Representative Plaintiff
    and the Rule 23 Class*